UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Rev. Karl Hugh Childs,

      Plaintiff,

vs.

Government of Canada

Consulate General of Canada

Suite 1100

600 Renaissance center

Detroit, Michigan 48243-1798

Halina Roznawski

Visa Officer

Robert Noble

Consul General

Government Of Canada

80 Wellington Street

Ottawa, Ontario K1A OA2

CANADA,

      Defendant

Case: 2:10-cv-10524
Judge: Lawson, David M.
MJ: Hluchaniuk, Michael
Filed: 02-05-2010 At 04:12 PM
CMP Karl Childs v Government of Canada, et al (SMS)

)
)
)
)
)
)

## **COMPLAINT**

COMES now Plaintiff Rev. Karl Hugh Childs to penetrate the veil of diplomatic immunity By Government of Canada Consulate General of Canada who is liable for specific intentional torts

[Summary of pleading] - 1

such as assault of **Intentional infliction of emotional distress**, and negligent infliction of emotional distress. After 18 yrs of assault Plaintiff was refused outrageously by Robert Noble Consul General to attend his father-in-law's funeral to pay that last sad office of respect to bury the dead on January 27, 2010. This was the last straw to break the Camel,s back, and has left Plaintiff distraught and deeply mentally disturbed having nightmares about his father-in-law, and his son incarcerated in Canada. Who he was also denied to visit. Plaintiff has bad visions and constant dreams intermittent, for all his loved ones in Canada. Including cold sweats, pacing the floors and worries unimaginable, and endless longings to see his five children in Canada.

1. Defendant acted intentionally or recklessly; and
2. Defendant's conduct was extreme and outrageous; and
3. Defendant's act is the cause of the distress; and
4. Plaintiff suffers severe emotional distress as a result of defendant's conduct.

Violation according to The Federal Tort Claims Act, Title VI of the Legislative Reorganization Act of 1946, and 28 U.S.C. 171.

In April 2009 Plaintiff made an application for permit to travel to Canada. He received no Response until September 2009. At which time he was told to apply for temporary visitor Permit and application for criminal rehabilitation with fee of $185.00. Plaintiff went into the Detroit office on January 20, 2010. to talk with some unknown officer. Who told him that he needed $370.00 for application for authorization to return to Canada. Now anybody knows that this should have been told to Plaintiff when first applying in April 2009. This is what has happened again and again over and over for 18 years now. I pray it ends now. It is called "bait and switch" violation of Uniform Commercial Code Article 2. There was no good intent by Consulate General of Canada to ever give Plaintiff any kind of permit only to take his money as much as possible and keep him from ever seeing his children. Holding him from the border. Thereby making him a slave bound not to leave the state to far so he could one day see his children. Plaintiff therefore ask that Consulate General of Canada be barred from keeping all the fees paid since 1992 as non returnable. Where no good intent to deliver goods

(i.e. permits) was never meant to happen. Plaintiff ask that all Defendant's jointly and severally. Be held liable for damages to Plaintiff and his family for 18 years in the sum of $3,000,000.00 (Three Million Dollars US). Plaintiff is at the end of his rope. Physical damage was done by causing Plaintiff to lose his house in Shrewsbury, Ontario market value $100.000.00 Can which he had to sell for $15,000.00 Can. Three of Plaintiff children are now homeless because they have no home and their mother lives with a poor white man. So Immanuel is trying to move into a place in Chatham, Ontario now. Sophia is staying with her grandmother in Chatham, Ontario. Mark'ee is in jail. Grace and Donald want to leave but are not old enough, because their mother chooses this poor with man with his three boys over them. So Canadian Immigration has done me and my children a great deal of harm. Immanuel has a son now Dontay my grandson who's mother doesn't want him. All my children could have lived at my family home in Shrewsbury, Ontario. Canadian Immigrations owes the Child's family an unknown amount of money over $3,000.000.00 for physical damages, which Plaintiff claims. Plaintiff has been asked by Halina Roznawski Visa Officer to provide a driving record since 16. The Secretary of State of Michigan will only go back 7years even if you write to Lansing. Will that be a reason for refusal or considered non-com-pliancy as usual? Halina Roznawski is further requesting court record from 1970, 1974, 1981, and 1982 which are in a file in their office 4 inches thick with certified records (copy enclosed). She wants me to duplicate this information as a part of their cruel and unusual treatment. Plus more cost and fees. She request evidence my children live in Canada. How am I to get that and I cant go over there. She request letters from my children supporting my request to visit. Why should I have to do that seeing that I have a court order to visit them on the second weekend of every month from Friday to Sunday in Canada. Signed by Judge Lucy Glenn Ontario Court Provincial Division at 21 Seventh Street Chatham, Ontario N7M 4K1 Court File No. 79/96. So it seems when the law is on Plaintif's side it must be ignored. Plaintiff is tired of being told that he has not been rehabilitated. Plaintiff states that he knows he has been redeemed and rehabilitated because he flew to Jesus arms for relief and has been in the service of the King

every since Consulate General of Canada has known him since 1986. As a Soldier in The Salvation Army working in the jail and hospitals in Chatham, Ontario.  Plaintiff further states that when a prisoner is at the bar he fears the impending weight not the crime, let him go and he will do it again. He knows that he got in trouble, but it was because you sent him back to Detroit where his trouble began. Because he got in trouble does not mean he's not rehabilitated. It means the Devil has attempted to take him down, yet Plaintiff has overcome and became an Ordained Minister, founded a church "Ecclesiasticus Temple Church" and has a radio broadcast every Sunday 3-3:30pm on www.fm881whpr.com   FM88.1 Does that sound like defeat and a hard core criminal?

February 5, 2010

x _Rev. Karl Childs_ CHS

7815 Manor Cir #102

Westland, MI 48185

734-334-6408



**Stephen Torrance**
*Owner / Manager*

Phone: (705) 746-4664
Fax: (705) 746-4484

January 28, 2010

To whom it may concern,

This letter is to verify that Bartholomew Alexander passed away on January 17, 2010.

If you require any further information, do not hesitate to call me.

Sincerely,

Stephen Torrance

89 Bowes Street, Parry Sound, ON, P2A 2L8



Government of Canada  Gouvernement du Canada
Consulate General of Canada  Consulat général du Canada

File:   D091200027                                  Date: January 28, 2010

Mr. Karl Childs
7815 Manor Circle # 102
Westland, MI 48185

Dear Mr. Childs:

I refer to your application for a Temporary Resident Permit.

The following documents and/or information is required to continue processing your file. Please provide the documents and/or information, <u>in one package</u>, **within 90 days** from the date of this letter. If you do not provide the documents requested within 90 days, a decision will be made based on the documents on file and your case may be refused.

- Court document(s) describing charges, disposition and sentences for offences dated 2004 - Assault

- Documents confirming completion of sentence (ie. payment of fine and restitution, discharge from probation, release from prison etc.) for offences dated
    - 1970 Felonious Assault with dangerous weapon
    - 1974 Carry concealed weapon
    - 1981 Carry concealed weapon
    - 1982 Criminal sexual assault
    - 2004 Assault
    - 2005 Children - contributing to delinquency
    - 2006 Drive while license suspended
    - 2006 Disorderly conduct

- Copies of the statute (laws) under which you were convicted. Please do an internet search or visit the library or consult a lawyer.

- Evidence your children reside in Canada

- Letters from your children supporting your request to visit them in Canada.

---

**If requested items have not been received within 90 days from the date of this letter
your file may be refused**

Sincerely,

Halina Roznawski
Visa Officer



600 Renaissance Center, Suite 1100, Detroit, MI 48243-1798, Fax: 313-567-2125
Website: detroit.gc.ca; Enquiries: www.cic.gc.ca/english/information/offices/missions/detroit.asp

Feb. 27, 2008
Rev. Karl H. Childs
2094 S. Venoy Rd.
Westland, MI 48186

Canadian Consulate General
600 Renaissance Center, Suite 1100
Detroit, MI 48243-1798

To whom it may concern: Greetings

I have a visitation order from Ontario Court Provincial Division Chatham, Ontario to visit with my five children every second weekend monthly from friday to sunday. Namely Immanuel Childs, Sophia Childs, Mark'ee Childs, Grace Childs, and Donald Childs.

I have not seen my children in about five or six years. I have changed my life and will be an Ordained Minister next month and I just got out of Sacred Heart Rehab Jan. 14, 2008. Please let me see my children. See enclosed copys.

Respectfully,
Karl Hugh Childs
CHS

Ph. 734-722-7365

**Citizenship and Immigration Canada / Citoyenneté et Immigration Canada**

PAGE 1 OF/DE 3
PROTECTED WHEN COMPLETED
PROTÉGÉ UNE FOIS REMPLI - B

## APPLICATION FOR A TEMPORARY RESIDENT VISA MADE OUTSIDE OF CANADA
## DEMANDE DE VISA DE RÉSIDENT TEMPORAIRE PRÉSENTÉE À L'EXTÉRIEUR DU CANADA

I want service in: / Je veux être servi(e) en: ☒ English/Anglais  ☐ French/Français

This form must be completed in English or French / Ce formulaire doit être rempli en français ou en anglais

File - Référence:

**1.** ☐ Single entry visa(s) requested  ☐ Multiple entry visa(s) requested  ☐ Transit visa(s) requested

**2.**

| | APPLICANT / REQUÉRANT | SPOUSE OR COMMON-LAW PARTNER AND CHILDREN / CONJOINT OU CONJOINT DE FAIT ET ENFANTS |
|---|---|---|
| Family name / Nom de famille | Childs | |
| First name / Prénom | Karl | |
| Second name / Autre prénom | Hugh | |
| Relationship / Lien de parenté | SELF / LUI-MÊME | |
| Sex / Sexe | Male | |
| Date of birth / Date de naissance | 22/04/1952 | |
| Place of birth / Lieu de naissance | Ypsilanti-MI | |
| Citizenship / Citoyenneté | United States | |
| Passport no. / N° de passeport | 016387319 | |
| Passport expiry date / Date d'expiration du passeport | 05/01/2010 | |
| Marital status / État matrimonial | Divorced | |
| Will accompany you to Canada? / Vous accompagnera au Canada? | Self | ☐ Yes ☐ No |

**3.** The purpose of my visit to Canada is / Objet de ma visite au Canada:
☐ Tourism  ☐ Business  ☒ Other (Provide details below) — see attached Judge Order / Visitation with children

**4.** Indicate how long you plan to stay in Canada: See attached Judge Order   From: ___  To: ___

**5.** Funds available for my stay in Canada: ▶ 612.00 Monthly CDN$

**6.** My current mailing address. All correspondence will go to this address unless you indicate your e-mail address below...

**7.** My residential address (if different from your mailing address):
2094 S. Venoy Rd.
Westland, MI 48186

E-mail / Courriel: ▶ karl_childs@yahoo.com
Telephone number / Numéro de téléphone: ▶ 734-722-7365
Fax number / Numéro de télécopieur: ▶

DO NOT WRITE IN THIS SPACE / ESPACE RÉSERVÉ

Officer - Agent

IMM 5257 (10-2006) B

THIS FORM HAS BEEN ESTABLISHED BY THE MINISTER OF CITIZENSHIP AND IMMIGRATION
FORMULAIRE ÉTABLI PAR LE MINISTRE DE LA CITOYENNETÉ ET DE L'IMMIGRATION

Canada

**a)** Immigration status of applicant(s) in country where applying:
Statut par rapport à l'immigration du (des) requérant(s) dans le pays où la demande est présentée

**b)** Valid until
Valide jusqu'au

- [X] Citizen / Citoyen
- [ ] Permanent resident / Résident permanent
- [ ] Temporary Resident / Résident Temporaire
- [ ] Worker / Travailleur
- [ ] Student / Étudiant
- [ ]

**9.** My present job (Give the job title and a brief description of your position)
Ma profession actuelle (Indiquer le titre de votre emploi et une brève description du poste)

N/A SSI income $1200 monthly
see enclosed copy letter

**10.** Name and address of my present employer or school
Nom et adresse de mon employeur actuel ou de l'établissement d'enseignement

**11.** Name, address and relationship of any person(s) or institution I will visit are
Nom, adresse et lien de parenté de toute personne à qui je rendrai visite ou nom et adresse de tout établissement que je visiterai

| Name - Nom | Address in Canada - Adresse au Canada | Relationship to me - Lien de parenté |
|---|---|---|
| Childs Family Visit at | 5 Children See Judge Order enclosed / 183 E. Wellington / Chatham, Ontario N7M 3P2 | Children |

**12.** "X" THE APPROPRIATE BOX / INSCRIRE « X » DANS LA CASE APPROPRIÉE

a) Within the past two years, have you or a family member had tuberculosis of the lung or been in close contact with a person with tuberculosis of the lung?
Au cours des deux dernières années, avez-vous eu, vous ou un des membres de votre famille, la tuberculose pulmonaire ou été en contact avec une personne qui a la tuberculose pulmonaire?   ☐ YES/OUI  ☒ NO/NON

b) Do you or an accompanying family member have any physical or mental disorder for which that person will require social and/or health services, other than medication, during the stay?
Avez-vous, vous ou un des membres de votre famille qui vous accompagne, un trouble physique ou mental qui nécessiterait des services sociaux et/ou des soins de santé autres que des médicaments durant le séjour?   ☐ YES/OUI  ☒ NO/NON

Have you or any member of your family ever:
Est-ce que vous-même ou tout membre de votre famille :   Records of file in your office

c) Committed, been arrested or charged with any criminal offence in any country?
Avez-vous commis, ou avez-vous été arrêté pour avoir commis ou accusé d'avoir commis une infraction pénale quelconque dans n'importe quel pays?   ☒ YES/OUI  ☐ NO/NON

d) Been refused admission to, or ordered to leave Canada?
Vous a-t-on jamais refusé l'admission au Canada, ou enjoint de quitter le Canada?   ☐ YES/OUI  ☒ NO/NON

e) Applied for any Canadian immigration visa
(e.g. Permanent Resident, Student, Worker, Temporary Resident (visitor), Temporary Resident Permit)?
Avez-vous demandé un visa canadien auparavant?
(par exemple, un visa de résident permanent, d'étudiant, de travailleur, de résident temporaire (visiteur) ou un permis de séjour temporaire)?   ☐ YES/OUI  ☒ NO/NON

f) Been refused a visa to travel to Canada?
Vous a-t-on jamais refusé un visa pour le Canada?   ☐ YES/OUI  ☒ NO/NON

g) In periods of either peace or war, have you ever been involved in the commission of a war crime or crime against humanity, such as: willful killing, torture, attacks upon, enslavement, starvation or other inhumane acts committed against civilians or prisoners of war; or deportation of civilians?
En période de paix ou de guerre, avez-vous déjà participé à la commission d'un crime de guerre ou d'un crime contre l'humanité, c'est-à-dire de tout acte inhumain commis contre des populations civiles ou des prisonniers de guerre, par exemple, l'assassinat, la torture, l'agression, la réduction en esclavage ou la privation de nourriture, etc., ou encore participé à la déportation de civils?   ☐ YES/OUI  ☒ NO/NON

If you answer "yes" to any of the questions c) to g) above, you must provide details in the box below marked "Related Information".
Si vous répondez « oui » à l'une ou plusieurs des questions c) à g) ci-dessus, vous devez fournir des détails dans cette case « Détails ».

Related information - Détails

See files in your office

**13.** During the past five years have you or any family member accompanying you lived in any other country than your country of citizenship or permanent residence for more than six months?
Au cours des cinq dernières années, avez-vous ou n'importe quel membre de votre famille vous accompagnant a-t-il vécu dans un autre pays que votre pays de citoyenneté ou de résidence permanente pendant plus de six mois?   ☐ YES/OUI  ☒ NO/NON

If answer to question 13 is "yes", list countries and length of stay
Si la réponse à la case 13 est affirmative, indiquer le nom de ces pays et la durée du séjour

| Name / Nom | Country / Pays | Length of stay - Durée du séjour |  |
|---|---|---|---|
|  |  | From - De | To - À |
|  |  |  |  |

**14.** I declare that I have answered all questions in this application fully and truthfully.
Je déclare avoir donné des réponses exactes et complètes à toutes les questions de la présente demande.

Signature: *Karl H. Childs 4tb*   Date: 27 10 2008

This form has been established by the Minister of Citizenship and Immigration
Formulaire établi par le ministre de la Citoyenneté et de l'Immigration

The information you provide on this form is collected under the authority of the Immigration and Refugee Protection Act to determine if you may be admitted to Canada as a temporary resident. It will be stored in Personal Information Bank CIC PPU 051, Foreign Temporary Resident Records and Case File. It is protected and accessible under the Privacy Act and the Access to Information Act.

Les renseignements fournis sur ce formulaire sont recueillis en vertu de la Loi sur l'immigration et la protection des réfugiés pour établir si vous êtes admissible au Canada à titre de résident temporaire. Ils seront versés au fichier de renseignements personnels CIC PPU 051, Dossier et fichier de résident temporaire. Ils sont protégés et accessibles en vertu de la Loi sur la protection des renseignements personnels et de la Loi sur l'accès à l'information.

IMM 5257 (10-2006) B

JS 44 (Rev. 12/07)  **CIVIL COVER SHEET**    County in which action arose U.S.

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Rev. Karl Childs
7815 Manor Cir #102
Westland, MI 48185

**(b)** County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

### DEFENDANTS
Government of Canada
Counsulate General of Canada
Suite 1100, 600 Renaissance Center
Det. MI 48243

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

### II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 2  U.S. Government Defendant
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | |

### IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☒ 245 Tort Product Liability (circled)
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

(margin annotation: 2 4 5)

### V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
The Federal Tort Claims Act 1946, 28 U.S.C. 171
Brief description of cause: (IIED), (NIED) UCC Article 2 wrongful... Took Mon...

### VII. REQUESTED IN COMPLAINT:
- ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
- DEMAND $ 3,000,000.00 US
- CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☒ No

### VIII. RELATED CASE(S) IF ANY
(See instructions): N/A
JUDGE _____  DOCKET NUMBER _____

DATE _____  SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes : _____