UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REV. KARL HUGH CHILDS,

        Plaintiff,

v.

        Case Number 10-10524
        Honorable David M. Lawson
        Magistrate Judge Michael Hluchaniuk

GOVERNMENT OF CANADA, CONSULATE
GENERAL OF CANADA, HALINA ROZNAWSKI,
Visa Officer, and ROBERT NOBLE, Consul General,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DENYING THE PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Presently before the Court is the report issued on April 23, 2010 by Magistrate Judge Michael Hluchaniuk pursuant to 28 U.S.C. § 636(b), recommending that this Court deny the plaintiff's motion for default judgment. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within ten days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Federation of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 11] is **ADOPTED**.

It is further **ORDERED** that the plaintiff's motion for default judgment [dkt. # 10] is **DENIED**.

                                                        s/David M. Lawson
                                                        DAVID M. LAWSON
                                                        United States District Judge

Dated: May 18, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 18, 2010.

                                    s/Teresa Scott-Feijoo
                                    TERESA SCOTT-FEIJOO