UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARL HUGH CHILDS,

        Plaintiff,

v.

        Case Number 10-10524
        Honorable David M. Lawson
        Magistrate Judge Michael Hluchaniuk

GOVERNMENT OF CANADA, CONSULATE
GENERAL OF CANADA, HALINA ROZNAWSKI,
Visa Officer, and ROBERT NOBLE, Consul General,

        Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DEFENDANTS' MOTION TO DISMISS

Presently before the Court is the report issued on October 13, 2010 by Magistrate Judge Michael Hluchaniuk pursuant to 28 U.S.C. § 636(b), recommending that this Court grant the defendants' motion to dismiss. Although the Magistrate Judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the Report and Recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the Magistrate Judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the Magistrate Judge.

Accordingly, it is **ORDERED** that the Magistrate Judge's Report and Recommendation [dkt # 25] is **ADOPTED**.

It is further **ORDERED** that the defendants' motion to dismiss [dkt. # 12] is **GRANTED**.

                                  s/David M. Lawson  
                                  DAVID M. LAWSON  
                                  United States District Judge

Dated: November 17, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on November 17, 2010.

                        s/Deborah R. Tofil  
                        DEBORAH R. TOFIL